In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-03-414 CR


NO. 09-03-415 CR


NO. 09-03-416 CR


____________________



DONALD RAY LARTIGUE, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 252nd District Court


Jefferson County, Texas


Trial Cause Nos. 88360, 88451 and 88452






MEMORANDUM OPINION (1)


 Donald Ray Lartigue was convicted of the offense of robbery in Cause No. 88360,
and of the offense of aggravated robbery in Cause Nos. 88451 and 88452. Lartigue filed 
notice of appeal on September 2, 2003. In each case, the trial court entered a certification
of the defendant's right to appeal in which the court certified that this is a plea-bargain
case, and the defendant has no right of appeal. See Tex. R. App. P. 25.2(a)(2). The trial
court's certifications have been provided to the Court of Appeals by the district clerk.

 On September 5, 2003, we notified the parties that the appeals would be dismissed
unless amended certifications were filed within thirty days of the date of the notices and
made part of the appellate records by October 5, 2003. See Tex. R. App. P. 37.1. The
records have not been supplemented with amended certifications. Because a certification
that shows the defendant has the right of appeal has not been made part of the record, the
appeals must be dismissed. See Tex. R. App. P. 25.2(d).

 Accordingly, we dismiss the appeals for want of jurisdiction.

 APPEALS DISMISSED.

 PER CURIAM


Opinion Delivered October 30, 2003

Do Not Publish

Before McKeithen, C.J., Burgess and Gaultney, JJ.
1. Tex. R. App. P. 47.4.